# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3135

_____

James Hedman Clark,             *
                                          *

          Appellant,           *
                                          *   Appeal from the United States
      v.                          *   District Court for the
                                          *   Eastern District of Missouri.
Tom A. Mickes, former SSD attorney;  *
The Law Firm, formerly known as    *      [UNPUBLISHED]
Mickes, Tueth, Kenney, Cooper,     *
Mohan & Jackstadt; Special School   *
District; Francis Howell School      *
District,                               *
                                          *

         Appellees.          *

_____

Submitted: December 11, 2007
Filed: December 27, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

      James Hedman Clark appeals the district court's[1] dismissal of his civil rights complaint. Upon de novo review, see Reis v. Walker, 491 F.3d 868, 870 (8th Cir. 2007), we agree with the district court that Clark failed to state a claim upon which

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

relief could be granted.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also grant appellees' motions to strike, and we deny Clark's pending motions.

_____